STATE OF CONNECTICUT *v.* THOMAS P. LALLY

The motion by James D. Cosgrove to withdraw his appearance in behalf of the defendant in the appeal from the Superior Court in Hartford County is granted.

*James D. Cosgrove,* on the motion.

Argued October 2—decided October 2, 1973

STATE OF CONNECTICUT *v.* MICHAEL HOLUP

The defendant's motion to set aside the judgment of the trial court and for an order directing a final judgment to be entered for the defendant in the appeal from the Superior Court in New Haven County is denied.

*John R. Williams,* special public defender, for the appellant (defendant).

*Jerrold H. Barnett,* assistant state's attorney, for the appellee (plaintiff).

Argued October 2—decided October 2, 1973

OLGA GERBINO *v.* LEO RATICK ET AL.

The defendants' motion to dismiss the appeal from the Court of Common Pleas in Fairfield County is granted.

*Melvin J. Silverman,* for the appellees (defendants).

No appearance for the appellant (plaintiff).